NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARCARIO RINCON, DOC# 397953,      )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-4965
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed August 1, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan B. Maulucci,
Judge.


PER CURIAM.

        Affirmed.


SILBERMAN, MORRIS, and SALARIO, JJ., Concur.